MATTHEW Q. CALLISTER, ESQ.
Nevada Bar No. 1396
mqc@call-law.com
SUNEEL J. NELSON, ESQ.
Nevada Bar No. 12052
suneel@call-law.com
CALLISTER & ASSOCIATES
823 Las Vegas Blvd. South, Ste. 330
Las Vegas, NV  89101
Phone: (702) 385-3343
Fax: (702) 385-2899

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MELVIN LONG,<br><br>                    Plaintiff,<br><br>v.<br><br>LAS VEGAS VALLEY WATER DISTRICT; and DOES XI through XX and ROE CORPORATIONS XXI through XXX inclusive,<br><br>                    Defendants. | Case No. 2:15-cv-00210-JCM-VCF<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR PLAINTIFF'S RESPONSE TO MOTION TO DISMISS**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED AND AGREED between the parties by and through their respective counsel, pursuant to LR 6-1, that Plaintiff Melvin Long ("Long") has until and including Wednesday, June 17, 2015, to file his response to Defendant Las Vegas Valley Water District's ("LVVWD") Motion to Dismiss (Doc. #8) ("Motion"), which was filed on May 26, 2015.  This Stipulation is entered into for the following reasons:

1. Matthew Q. Callister is Long's counsel.  He was previously assisted on this case by his now-former associate, Robert W. Curtis ("Curtis").

2. Curtis's case-management responsibilities have been reassigned; however, in the transition, Long's deadline to respond to LVVWD's Motion was mistakenly neglected.

3. Long should not therefore be denied the opportunity to respond in writing to the arguments raised in LVVWD's Motion.

4. Long does not seek this extension of time for purposes of delay.

5. This is Long's first request for an extension of time to file his response to LVVWD's Motion.

DATED this 17th day June 2015.

| **CALLISTER & ASSOCIATES** | **WILSON, ESLER, MOSKOWITZ, EDELMAN & DICKER, LLP** |
|---|---|
| */s/ Suneel J. Nelson*<br>SUNEEL J. NELSON, ESQ.<br>Nevada Bar No. 12052<br>suneel@call-law.com<br>823 Las Vegas Blvd. South, 3rd Floor<br>Las Vegas, Nevada 89101<br>Phone: (702) 385-3343<br>Fax: (702) 385-7733 | */s/ Sheri M. Thome*<br>SHERI M. THOME, ESQ.<br>Nevada Bar No. 008657<br>sheri.thome@wilsonelser.com<br>300 South Fourth Street, 11th Floor<br>Las Vegas, Nevada 89101<br>Phone: (702) 727-1400<br>Fax: (702) 727-1401 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

**IT IS SO ORDERED:**

**UNITED STATES DISTRICT COURT JUDGE**

**DATED:** June 18, 2015