Sheri M. Thome, Esq.
Nevada Bar No. 008657
Chad C. Butterfield, Esq.
Nevada Bar No. 010532
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
(702) 727-1400; FAX (702) 727-1401
sheri.thome@wilsonelser.com
chad.butterfield@wilsonelser.com
*Attorney for Defendants Las Vegas Valley Water*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| MELVIN LONG,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>LAS VEGAS VALLEY WATER DISTRICT; and DOES XI through XX and ROE CORPORATIONS XXI through XXX inclusive;<br><br>　　　　　Defendants. | CASE NO.:   2:15-cv-00210-JCM-VCF<br><br>**STIPULATION AND ORDER TO CONTINUE THE DEADLINE FOR DEFENDANT TO FILE ITS REPLY IN SUPPORT OF MOTION TO DISMISS**<br><br>[FIRST REQUEST] |

　　　　Defendant LAS VEGAS VALLEY WATER DISTRICT (the "District") and Plaintiff Melvin Long, by and through their respective counsel of record, hereby stipulate and agree as follows:

　　　　The District shall have a seven (7) day extension of the deadline to file a reply brief in support of the District's Motion to Dismiss Pursuant to FRCP 12(b)(6) [Dkt. #8]. Counsel for the District has requested the extension in order to fully assess the arguments set forth in Plaintiff's opposition brief and to allow time for the District to review the Reply and to provide input as appropriate. The current reply deadline is June 29, 2015. Accordingly, the parties hereby stipulate to extend this deadline from June 29, 2015 up to and including **July 5, 2015**.

/ / /

/ / /

/ / /

/ / /

813253v.1

Plaintiff's counsel has graciously agreed to accommodate this requested extension, which is made in good faith, is supported by good cause as discussed above, and is not for the purpose of delay.

DATED this 26th day of June, 2015.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

BY: /s/ Chad C. Butterfield
SHERI M. THOME, Esq.
Nevada Bar No. 008657
CHAD C. BUTTERFIELD, Esq.
Nevada Bar No. 010532
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
*Attorneys for Defendant*

DATED this 26th day of June, 2015.

CALLISTER & ASSOCIATES

BY: /s/ Suneel J. Nelson
MATTHEW Q. CALLISTER, ESQ.
Nevada Bar No. 1396
SUNEEL J. NELSON, ESQ.
Nevada Bar No. 12052
823 Las Vegas Blvd. South, 3rd Floor
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*

## ORDER

GOOD CAUSE SHOWN, IT IS SO ORDERED

Dated June 29, 2015.

_____
UNITED STATES DISTRICT COURT JUDGE