# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

MELVIN LONG,

        Plaintiff,

vs.

LAS VEGAS VALLEY WATER DISTRICT,

        Defendants.

2:15-cv-00210-JCM-VCF

**ORDER**

    Before the court is *Melvin Long v. Las Vegas Valley Water District*, case number 2:15-cv-00210-JCM-VCF.  A discovery plan and scheduling order has not been filed pursuant to LR 26-1.

    IT IS HEREBY ORDERED that a discovery hearing is scheduled for 2:00 p.m., August 3, 2015, in courtroom 3D.  The hearing will be vacated upon the filing of the discovery plan and scheduling order in compliance with Local Rule 26-1.

    Dated this 15th day of July, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE