**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

MELVIN LONG,

        Plaintiff,

vs.

LAS VEGAS VALLEY WATER DISTRICT,

        Defendants.

2:15-cv-00210-JCM-VCF

**ORDER**

      Before the court is *Melvin Long v. Las Vegas Valley Water District*, case number 2:15-cv-00210-JCM-VCF. The parties have filed a discovery plan and scheduling order in compliance with LR 26-1. (#22).

      IT IS HEREBY ORDERED that the discovery hearing is scheduled for 2:00 p.m., August 3, 2015 is VACATED.

      Dated this 30th day of July, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE