Sheri M. Thome, Esq.
Nevada Bar No. 008657
Chad C. Butterfield, Esq.
Nevada Bar No. 010532
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 South Fourth Street, 11th Floor
Las Vegas, Nevada  89101
(702) 727-1400; FAX (702) 727-1401
sheri.thome@wilsonelser.com
chad.butterfield@wilsonelser.com
*Attorney for Defendants Las Vegas Valley Water*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MELVIN LONG,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>LAS VEGAS VALLEY WATER DISTRICT; and DOES XI through XX and ROE CORPORATIONS XXI through XXX inclusive;<br><br>　　　　　Defendants. | CASE NO.:　　2:15-cv-00210-JCM-VCF<br><br>**STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE; ORDER THEREON** |

<u>STIPULATION</u>

IT IS HEREBY STIPULATED by and between MELVIN LONG ("Plaintiff") and Defendants LAS VEGAS VALLEY WATER DISTRICT (the "Defendants") (collectively "the Parties"), and through their undersigned counsel of record, that Plaintiff's Complaint in this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

868277v.1

Page 1 of 2

each of the Parties bearing their own respective costs and attorneys' fees.

**IT IS SO STIPULATED.**

DATED this 29th day of October, 2015.              DATED this 29th day of October, 2015.

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**          **CALLISTER & ASSOCIATES**

BY:   /s/ Chad C. Butterfield                          BY: /s/ Mitchell S. Bisson
    SHERI M. THOME, Esq.                                    MATTHEW Q. CALLISTER, ESQ.
    Nevada Bar No. 008657                                   Nevada Bar No. 01396
    CHAD C. BUTTERFIELD, Esq.                               Mitchell S. Bisson, Esq.
    Nevada Bar No. 010532                                   Nevada Bar No. 11920
    300 South Fourth Street, 11th Floor                     823 Las Vegas Blvd. South, 3rd Floor
    Las Vegas, Nevada  89101                                Las Vegas, Nevada 89101
    *Attorneys for Defendant*                               *Attorneys for Plaintiff*

### ORDER

**GOOD CAUSE SHOWN, IT IS SO ORDERED**

Dated this  30th  day of    October   , 2015.

_____
UNITED STATES DISTRICT COURT JUDGE